UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IONICS, INC.,<br>    Plaintiff,<br><br>v.<br><br>NAMIBIA WATER CORP. LTD.,<br>FIRSTRAND BANK LTD., and<br>STATE STREET BANK,<br>    Defendants. | )<br>)<br>)<br>)   Civ. No. 01-10326-NG<br>)<br>)<br>)<br>)<br>) |

GERTNER, D.J.:

### ORDER RE: DISCOVERY ISSUES AND SCHEDULING
May 20, 2002

For the reasons set forth in the accompanying Memorandum and Order of the same date, it is hereby **ORDERED**:

1. With respect to Ionics' requests concerning other bidders, interrogatories 2, 3(d), 6(b), 7, 17(a),(b), 19, 21, 25, 30, and 35(c), **NamWater IS ORDERED TO ANSWER** these interrogatories and provide the requested information;

2. **Ionics' request for further discovery is otherwise DENIED** with respect to the following:  a. Expenses/Damages - Interrogatories 5(a), (b), (c), 13 (a), (b), 14, 22, 28, 29; b. Request for quotes - Interrogatories 3(c), 11(a), 11(b), 23, 27(c), 31(b); c. Correction of name to Black and Veatch - Interrogatory No. 20, Document Request No. 39; d. Work Product Information: Interrogatory 41; and, e. Miscellaneous Issues - Interrogatory No. 3(b), 4(c), (d), (e), 9, 10, 12, 13(a), 18, 26, 32(a), (b), (c), (d), (e), 33, 38, 41, 43.



3.   I conclude that Paul Jones is a managing agent of Ionics, subject to deposition by notice under Fed. R. Civ. P. 31. Accordingly, I **ORDER that Paul Jones be produced by Ionics and that he be deposed in Boston.**

4.   The parties are further **ORDERED to submit an amended scheduling order** setting the deadlines for the completion of discovery, the motion for the filing of summary judgment and opposition for summary judgment by **June 7, 2002.**

SO ORDERED.

Dated:  May 20, 2002

_____
NANCY GERTNER, U.S.D.J.